FILED
CLERK, U.S. DISTRICT COURT
JAN 2 8 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Pedro Lava DEFENDANT(S). | CASE NUMBER 11-227-M-1 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __2/4__, __2011__, at __2:00__ ☐ a.m. / ☒ p.m. before the Honorable __Ralph Zarefsky__, in Courtroom __540__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __1/28/11__

_____
U.S. District Judge/Magistrate Judge